NUMBERS

                                                  
13-02-078-CV

                                                  
13-02-547-CV

 

                                 COURT OF
APPEALS

 

                     THIRTEENTH DISTRICT OF
TEXAS

 

                                    CORPUS
CHRISTI

____________________________________________________________________

 

MARIA E. PERALES AND EDWARD L. PERALES,             Appellants,

 

                                                             v.

 

TODD
R. HOWELL, M.D., LUZ PEREZ, L.V.N., 

VALERIE
C. BRIAULT, R.N., PAUL EBEJER, 

R.N., AND DOUG ALEXANDER, E.R.C.T.,                                     Appellees.

____________________________________________________________________

 

                             On appeal from the 94th  District
Court

                                        of Nueces County, Texas.

____________________________________________________________________

 

                                          O P I
N I O N

 

                          Before Justices
Dorsey, Hinojosa, and Castillo

                                               Opinion
Per Curiam

 








Appellants, MARIA E. PERALES AND EDWARD L. PERALES,
perfected an appeal from a judgment entered by the 94th
District Court of Nueces County, Texas, in cause number 97-5259-C.  After the record
and appellants= brief were filed,
appellants filed a motion to dismiss the appeal as to appellees,  TODD R. HOWELL, M.D., LUZ PEREZ, L.V.N.,
VALERIE C. BRIAULT, R.N., PAUL EBEJER, R.N., AND DOUG ALEXANDER, E.R.C.T..  Appellants state that they no longer wish to
prosecute this appeal against appellees, TODD R. HOWELL, M.D., LUZ
PEREZ, L.V.N., VALERIE C. BRIAULT, R.N., PAUL EBEJER, R.N., AND DOUG ALEXANDER,
E.R.C.T..

Having considered appellants= motion to dismiss the
appeal and the documents on file, this Court is of the opinion that the motion
should be granted.  The motion to dismiss
appellants= appeal against
appellees, TODD R. HOWELL, M.D., LUZ PEREZ, L.V.N., VALERIE C.
BRIAULT, R.N., PAUL EBEJER, R.N., AND DOUG ALEXANDER, E.R.C.T., is hereby
granted.  The appeal against appellees, TODD R. HOWELL, M.D., LUZ PEREZ, L.V.N., VALERIE C. BRIAULT, R.N.,
PAUL EBEJER, R.N., AND DOUG ALEXANDER, E.R.C.T., is ordered DISMISSED.  The appeal as to appellants, MARIA
E. PERALES AND EDWARD L. PERALES, and appellees, TODD R.
HOWELL, M.D., LUZ PEREZ, L.V.N., VALERIE C. BRIAULT, R.N., PAUL EBEJER, R.N.,
AND DOUG ALEXANDER, E.R.C.T., is severed from the original appeal and is
docketed under cause number 13-02-547-CV.

The remaining issues in the appeal between appellants,  MARIA E. PERALES AND EDWARD L. PERALES, and
appellee, SPOHN HEALTH SYSTEM CORP., will remain docketed under cause number 13-02-078-CV.

 

PER
CURIAM

Do not publish.

Tex.
R. App. P.
47.3.

Opinion delivered and
filed this

the 17th
day of October, 2002.